**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
**TIMOTHY ADAMS,**

                      **Petitioner,**                **ORDER**

 - against -

                                                        **07 CV 1101 (NG) (LB)**

**STATE OF NEW YORK,**

                      **Respondent.**
----------------------------------------------------------x

**GERSHON, United States District Judge:**

      On November 27, 2007, Magistrate Judge Lois Bloom issued a report and recommendation ("R&R") in which she recommends that petitioner's application for a writ of habeas corpus be dismissed as moot. Petitioner has filed no objections. Judge Bloom's R&R is hereby adopted in its entirety. The Clerk of Court is directed to close this case.

                                                           **SO ORDERED.**

                                                           _____/s_____
                                                           **NINA GERSHON**
                                                           **United States District Judge**

**Dated: December 21, 2007**
          **Brooklyn, New York**